IN THE SUPREME COURT OF THE STATE OF DELAWARE

CHARTER COMMUNICATIONS §
HOLDING COMPANY, LLC, §
CHARTER COMMUNICATIONS §
OPERATING, LLC, and BRIGHT §
HOUSE NETWORKS, LLC, §
§
§ No. 253, 2025
Plaintiffs Below, §
Appellants, § Court Below—Superior Court
§ of the State of Delaware
v. §
§ C.A. No. 22C-09-529 [CCLD]
SONUS NETWORKS, INC., and §
RIBBON COMMUNICATIONS §
OPERATING COMPANY, INC., §
§
Defendants Below, §
Appellees. §

Submitted: December 10, 2025
Decided: December 18, 2025

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## ORDER

This 18th day of December, 2025, after consideration of the parties' briefs, the argument of counsel, and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its May 14, 2025 Opinion.[1]

---

[1] *Charter Commc'ns Hldg. Co., LLC v. Sonus Networks, Inc.,* 2025 WL 1502791 (Del. Super. Ct. May 14, 2025).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice